1   George M. Lee (SBN 172982)
    gml@seilerepstein.com
2   **SEILER EPSTEIN LLP**
3   275 Battery Street, Suite 1600
    San Francisco, California 94111
4   Phone: (415) 979-0500
5   Fax: (415) 979-0511

6   John W. Dillon (SBN 296788)
7   jdillon@gdandb.com
8   2762 Gateway Road
    Carlsbad, California 92009
9   Phone: (760) 431-9501
10  Fax: (760) 431-9512

11  Raymond M. DiGuiseppe (SBN 228457)
12  law.rmd@gmail.com
    **THE DIGUISEPPE LAW FIRM, P.C.**
13  4320 Southport-Supply Road, Suite 300
14  Southport, North Carolina 28461
    Phone: 910-713-8804
15  Fax: 910-672-7705

16
17  Attorneys for Plaintiffs

18
             **UNITED STATES DISTRICT COURT**
19
20        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

21  ADAM BRANDY, et al.,                    Case No. 2:20-cv-02874
22
                    Plaintiffs,             **DELCARATION OF JASON**
23                                          **MONTES IN SUPPORT OF**
                                            **PLAINTIFFS' APPLICATION**
24       vs.                                **FOR TEMPORARY**
                                            **RESTRAINING ORDER AND**
25                                          **ISSUANCE OF PRELIMINARY**
26  ALEX VILLANUEVA, in his official        **INJUNCTION**
    capacity as Sheriff of Los Angeles
27  County, California, and in his capacity as
28

1  the Director of Emergency Operations, et
2  al.,

3          Defendants.

4

5

6        **DECLARATION OF JASON MONTES**

7      I, Jason Montes, declare as follows:

8  1.  I am an adult resident of the County of Los Angeles, California, the owner
9
10     and operator Plaintiff Weyland-Yyutani LLC, d.b.a. Match Grade Gunsmiths
11     ("Match Grade") in Cerritos, California, and am personally named as a
12
13     plaintiff in the above matter. I have personal knowledge of the facts stated
14     herein, and if called as a witness, I could competently testify to these facts.
15 2.  This declaration is executed in support of Plaintiffs' Application for
16
17     Temporary Restraining Order and Issuance of Preliminary Injunction.
18 3.  I am not prohibited from acquiring or possessing firearms and ammunition
19
20     under federal and state law.
21 4.  Plaintiff Match Grade and I are licensed to sell and transfer firearms and
22
23     ammunition to non-prohibited individuals who meet federal and state
24     requirements for the purchase and transfer of such items.
25 5.  Plaintiff Match Grade is a Veteran-owned, full-service manufacturer,
26
27     retailer, gunsmith, repair facility, and machine shop. It has gunsmiths that
28     are certified armorers for common firearm manufacturers including Sig

Sauer, Smith and Wesson, Springfield Armory, and Glock. Plaintiff Match Grade "can customize anything you can think of," and our "master gunsmith can manufacture custom parts, build custom rifles," and configure pistols to customers' needs.

6.  Plaintiff Match Grade and I are concerned about our own safety, the safety of our customers, and the safety of the general public, especially in light of the developing situation involving the spread of COVID-19 and the release of criminals and inmates.

7.  In order for individuals to comply with California law, they may only acquire and take possession of firearms and ammunition in a face to face transaction at a licensed firearm and ammunition vendor. Firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "Essential Businesses" to us and our customers.

8.  Defendants' Orders and actions have resulted in firearm and ammunition stores, like and including me and Plaintiff Match Grade, being shut down. Such closures damage me, Plaintiff Match Grade, other firearm and ammunition retailers, our customers, and law-abiding members of the public who wish to exercise their rights.

9.  Plaintiff Match Grade and I have ceased to conduct sales and transfers of firearms and ammunition because of Defendants' laws, policies, orders,

DECLARATION OF JASON MONTES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION | CASE NO. 2:20-cv-02874

practices, customs, and enforcement actions, and for fear of liability, prosecution, and loss of licenses under Defendants' laws, orders, policies, practices, customs, and enforcement actions.

10. Plaintiff Match Grade and I would conduct training and education, perform Firearms Safety Certificate ("FSC") testing for and issue FSC certificates to eligible persons, and sell and transfer arms – including firearms, ammunition, magazines, and appurtenances – at our licenses premises but for the reasonable and imminent fear of criminal prosecution, penalties, and the loss of our licenses under Defendants' laws, policies, orders, practices, customs, and enforcement thereof.

11. Plaintiff Match Grade and I, as well as our customers and individuals who would be customers, have been and continue to be adversely and directly harmed because of Defendants' laws, policies, orders, practices, customs, and enforcement actions.

12. As detailed in the Plaintiffs' First Amended Complaint, Plaintiffs, Plaintiffs' members and customers, and other similarly situated individuals would exercise the fundamental human right to acquire, keep, bear, and practice proficiency training and shooting with arms – including firearms, ammunition, magazines, and appurtenances – for lawful purposes including self-defense, and would do so, but for fear of liability and prosecution under Defendants'

DECLARATION OF JASON MONTES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION | CASE NO. 2:20-cv-02874

laws, orders, policies, practices, customs, and enforcement actions.

13. Accordingly, and for reasons set for in Plaintiffs' application, I respectfully ask this Court to: (A) Declare that the operation of firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "essential" so that firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges may continue to operate; (B) Grant Plaintiffs' application and issue a temporary restraining order and a preliminary injunction enjoining State and Local Defendants from enforcing their Orders and enforcement policies, practices, and customs that individually and/or collectively violate the Second, Fifth, and Fourteenth Amendments, to restore the status quo ante and so that firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges may continue to operate; and, (C) Grant all other and further relief, including injunctive relief, against Defendants as necessary to effectuate the Court's judgment, or as the Court otherwise deems just and equitable.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2020.



Jason Montes

DECLARATION OF JASON MONTES IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION | CASE NO. 2:20-cv-02874