George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

John W. Dillon (SBN 296788)
jdillon@gdandb.com
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as | Case No. 2:20-cv-02874 <br><br> **DELCARATION OF JONAH MARTINEZ IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION** |

the Director of Emergency Operations, et al.,

Defendants.

# DECLARATION OF JONAH MARTINEZ

I, Jonah Martinez, declare as follows:

1. I am an adult resident of the County of Los Angeles, California, and am a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2. This declaration is executed in support of Plaintiffs' Application for Temporary Restraining Order and Issuance of Preliminary Injunction.

3. I am not prohibited from possessing firearms or ammunition under federal and state law.

4. In light of the developing situation involving the spread of COVID-19, and the release of inmates, I am concerned about my ability to protect myself and my family. As such, I desire to obtain ammunition for self-defense and other purposes.

5. Firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "Essential Businesses" to me and my family.

6. I possess a firearms safety certificate ("FSC") as required by the State of California in order to purchase or acquire a firearm.

7. Unlike individuals in other states, I cannot lawfully purchase ammunition online and have it shipped directly to my home.

8. In order for me to comply with California law, I can only acquire and take possession of firearms and ammunition in a face to face transaction at a licensed firearm and ammunition vendor. Defendants' Orders and actions have resulted in firearm and ammunition stores being closed in Los Angeles County.

9. I want to exercise my right to acquire, keep, bear, and practice proficiency training and shooting with arms – including firearms, ammunition, magazines, and appurtenances – for lawful purposes including self-defense, and would do so, but for the reasonable and imminent fear of arrest and criminal prosecution under Defendants' laws, policies, orders, practices, customs, and enforcement.

10. Accordingly, and for reasons set for in Plaintiffs' application, I respectfully ask this Court to: (A) Declare that the operation of firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "essential" so that firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges may continue to operate;

 (B) Grant Plaintiffs' application and issue a temporary restraining order and a preliminary injunction enjoining State and Local Defendants from enforcing their Orders and enforcement policies, practices, and customs that individually and/or collectively violate the Second, Fifth, and Fourteenth Amendments, to restore the status quo ante and so that firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges may continue to operate; and, (C) Grant all other and further relief, including injunctive relief, against Defendants as necessary to effectuate the Court's judgment, or as the Court otherwise deems just and equitable.

 I declare under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2020.

_____
Jonah Martinez