George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

John W. Dillon (SBN 296788)
jdillon@gdandb.com
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, et al., | Case No. 2:20-cv-02874 |
| Plaintiffs, | **DELCARATION OF JOSH SAVANI IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION** |
| vs. | |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as | |

| | |
|---|---|
| the Director of Emergency Operations, et al., | |
| Defendants. | |

# DECLARATION OF JOSH SAVANI

I, Josh Savani, declare as follows:

1. I am the Director of Research and Information of the National Rifle Association of America, Inc. ("NRA").

2. NRA is a 501(c)(4) nonprofit corporation organized under the laws of the State of New York with its principal place of business in Fairfax, Virginia.

3. NRA has over 5 million members and supporters nationwide, including in California, and Los Angeles County, California.

4. These members include Plaintiff Jonah Martinez.

5. In Accordance with Article II of the NRA's bylaws, the NRA's purposes and objectives include "To protect and defend the Constitution of the United States, especially with reference to the God-given inalienable right of the individual American citizen guaranteed by such Constitution to acquire, possess … transfer ownership of, and enjoy the right to use, keep and bear arms, in order that the people may exercise their individual rights of … defense of family, person, and property."

6. As detailed in the Plaintiffs' First Amended Complaint, Plaintiffs, Plaintiffs' members and customers, and other similarly situated individuals would exercise the fundamental human right to acquire, keep, bear, and practice proficiency training and shooting with arms – including firearms, ammunition, magazines, and appurtenances – for lawful purposes including self-defense, and would do so, but for fear of liability and prosecution under Defendants' laws, orders, policies, practices, customs, and enforcement actions.

7. NRA has and continues to expend and divert resources, and has been and continues to be adversely and directly harmed, because of Defendants' laws, policies, orders, practices, customs, and enforcement actions.

8. Accordingly, and for reasons set for in Plaintiffs' application, I respectfully ask this Court to: (A) Declare that the operation of firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges are "essential" so that firearm and ammunition product manufacturers, retailers, importers, distributors, and shooting ranges may continue to operate; (B) Grant Plaintiffs' application and issue a temporary restraining order and a preliminary injunction enjoining State and Local Defendants from enforcing their Orders and enforcement policies, practices, and customs that individually and/or collectively violate the Second, Fifth, and Fourteenth Amendments, to restore the status quo ante and so that firearm and ammunition product manufacturers,

retailers, importers, distributors, and shooting ranges may continue to operate; and, (C) Grant all other and further relief, including injunctive relief, against Defendants as necessary to effectuate the Court's judgment, or as the Court otherwise deems just and equitable.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 30, 2020.

_____
Josh Savani