1  George M. Lee (SBN 172982)
gml@seilerepstein.com
2  **SEILER EPSTEIN LLP**
3  275 Battery Street, Suite 1600
San Francisco, California 94111
4  Phone: (415) 979-0500
5  Fax: (415) 979-0511

6
John W. Dillon (SBN 296788)
7  jdillon@gdandb.com
8  2762 Gateway Road
Carlsbad, California 92009
9  Phone: (760) 431-9501
Fax: (760) 431-9512
10

11  Raymond M. DiGuiseppe (SBN 228457)
12  law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
13  4320 Southport-Supply Road, Suite 300
14  Southport, North Carolina 28461
Phone: 910-713-8804
15  Fax: 910-672-7705

16
17  Attorneys for Plaintiffs

18  **UNITED STATES DISTRICT COURT**

19  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20  ADAM BRANDY, an individual; et al.,    | Case No. 2:20-cv-02874-AB-SK

21
22               Plaintiffs,               | **DECLARATION OF COUNSEL RE SERVICE AND NOTICE TO DEFENDANTS OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

23         vs.

24  ALEX VILLANUEVA, in his official
25  capacity as Sheriff of Los Angeles
County, California, and in his capacity as
26  the Director of Emergency Operations, et
al.,
27               Defendants.               | **[FRCP 65; C.D. L.R. 65-1]**

28

- 1 -

Date:      TBD
Time:      TBD
Courtroom 7B
Judge:     Hon. André Birotte Jr.

### DECLARATION OF COUNSEL RE: SERVICE
### AND NOTICE TO DEFENDANTS

I, George M. Lee, declare as follows:

1.      I am an attorney at law, in good standing, duly licensed to practice law in this State and appear before its courts.  I am admitted to the Central District of California in good standing.  I am counsel of record for plaintiffs Adam Brandy, et al.  I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2.      This certification is made pursuant to Central District Local Rule 7-19, and the posted procedures of the Hon. André Birotte Jr., to whom this case is assigned, regarding our efforts to notify Defendants, and putative counsel, and to ascertain their opposition, if any, to the Application for Issuance of Temporary Restraining order and OSC re Preliminary Injunction filed today.

3.      On March 29, 2020, Plaintiffs filed their First Amended Complaint [ECF No. 9].

4.      On the evening of March 30, 2020, shortly after filing Plaintiffs' Application for Temporary Restraining Order and OSC re Preliminary Injunction, I contacted the following parties and putative representatives of the Defendants, to notify them of the filing, by serving each of these parties, at the email addresses listed below, with the following documents:

- First Amended Complaint for Injunctive and Declaratory Relief [ECF No. 9];

- Summons on First Amended Complaint [ECF No. 13];
- Notice of Assignment to District Judge Andre Birotte Jr and Magistrate Judge Steve Kim [ECF No. 4];
- Notice to Parties of Court-Directed ADR Program [ECF No. 5];
- Standing Order [ECF No. 12];
- Plaintiffs' Application for Temporary Restraining Order and OSC re Preliminary Injunction [ECF No. 14];
- Plaintiffs' Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Issuance of Preliminary Injunction [ECF No. 14-1];
- Declarations of: George M. Lee, Jason Montes, Jonah Martinez, Alan Gottlieb, Gene Hoffman, Brandon Combs, and Josh Savani in support of the Application for Temporary Restraining Order and Issuance of Preliminary Injunction [ECF No. 14-2 through 14-8]
- Proposed Temporary Restraining Order and Order to Show Cause [ECF No. 14-9].

5. The parties served with the above documents were as follows:

Hon. Alex Villanueva
Sheriff, Los Angeles County
Los Angeles County Sheriff's Department
211 W. Temple Street
Los Angeles, California 90012
Email: avillan@lasd.org

Mary C. Wickham
County Counsel for the County of Los Angeles
500 W Temple St Ste 648,
Los Angeles, CA 90012-3196
Email: mwickham@counsel.lacounty.gov

DECLARATION OF COUNSEL RE NOTICE TO DEFENDANTS OF PLAINTIFFS' APPLICATION FOR TEMP. RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION | CASE NO. 2:20-CV-02874-AB-SK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

R. Matthew Wise
California Department of Justice
Office of Attorney General
1300 I Street
Sacramento, CA 95814
Email: Matthew.Wise@doj.ca.gov

Gabrielle Downey Boutin
California Department of Justice
Office of the Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
Email: gabrielle.boutin@doj.ca.gov

Hon. Gavin Newsom
Office of the Governor
Attn: Ann O'Leary - Chief of Staff
1303 10th Street, Suite 1173
Sacramento, CA 95814
Email: ann.oleary@gov.ca.gov

Sonia Y. Angell, MD, MPH
Director of Public Health & State Health Officer
California Department of Public Health
1616 Capitol Ave.
Sacramento, CA 95814
sonia.angell@cdph.ca.gov

Hon. Eric Garcetti
Office of the Mayor
City of Los Angeles
200 N. Spring Street
Los Angeles, CA 90012
Email: mayor.garcetti@lacity.org

DECLARATION OF COUNSEL RE NOTICE TO DEFENDANTS OF PLAINTIFFS' APPLICATION FOR TEMP. RESTRAINING ORDER
AND OSC RE PRELIMINARY INJUNCTION | CASE NO. 2:20-CV-02874-AB-SK

Michael N. Feuer
Los Angeles City Attorney
James K. Hahn City Hall East, Suite 800
Los Angeles, CA 90012
Email: mike.feuer@lacity.org

6.      At the time I served these parties with the documents listed above, I asked via email whether Defendants would oppose the relief sought in Plaintiffs' Application for TRO and OSC re Preliminary Injunction.

7.      I will inquire of the above-listed parties or their representatives via telephone as to whether opposition to Plaintiffs' Application will be made. I will inform the Court of the status of any stated opposition to the Application.

8.      Plaintiffs will also endeavor to serve each of the Defendants through conventional channels for service of process tomorrow.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2020            /s/ *George M. Lee*
                                 George M. Lee

                                 Attorney for Plaintiffs