George M. Lee (SBN 172982)
gml@seilerepstein.com
SEILER EPSTEIN LLP
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

John W. Dillon (SBN 296788)
jdillon@gdandb.com
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al.,<br><br>Defendants. | Case No. 2:20-cv-02874-AB-SK<br><br>**SUPPLEMENTAL DECLARATION OF COUNSEL RE STATUS OF SERVICE AND NOTICE TO DEFENDANTS OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>[FRCP 65; C.D. L.R. 65-1] |

- 1 -

DECLARATION OF COUNSEL RE NOTICE TO DEFENDANTS OF PLAINTIFFS' APPLICATION FOR TEMP. RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION | CASE NO. 2:20-CV-02874-AB-SK

Date:    TBD
Time:    TBD
Courtroom 7B
Judge:    Hon. André Birotte Jr.

## SUPPLEMENTAL DECLARATION OF COUNSEL RE: SERVICE OF TRO APPLICATION ON DEFENDANTS

I, George M. Lee, declare as follows:

1. I am an attorney at law, in good standing, duly licensed to practice law in this State and appear before its courts. I am admitted to the Central District of California in good standing. I am counsel of record for plaintiffs Adam Brandy, et al. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. This supplemental declaration is made to update my declaration and certification filed on March 30 2020 [ECF No. 15], and to inform the Court regarding the status of service and notice to Defendants regarding Plaintiffs' Application for Temporary Restraining Order and OSC re Preliminary Injunction [TRO Application], pursuant to Central District Local Rule 7-19, and the posted procedures of the Hon. André Birotte Jr.

### *County Defendants*

3. After filing the First Amended Complaint [ECF No. 9] and the TRO Application [ECF No. 14], the undersigned was contacted by counsel representing defendants Sheriff Alex Villanueva, Los Angeles County Director of Public Health Barbara Ferrer and the County of Los Angeles (collectively, "County Defendants"):

- 2 -

DECLARATION OF COUNSEL RE NOTICE TO DEFENDANTS OF PLAINTIFFS' APPLICATION FOR TEMP. RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION | CASE NO. 2:20-CV-02874-AB-SK

>Paul B. Beach, Esq.
>LAWRENCE BEACH ALLEN & CHOI PC
>100 West Broadway, Suite 1200
>Glendale CA 91210
>Tel. (818) 545-1925
>Email: pbeach@lbaclaw.com

4. We have been in discussions with Mr Beach regarding any potential opposition by the County to the TRO Application, and have asked whether he is authorized to accept service on behalf of County Defendants. As of this declaration, we have not heard whether he is authorized to accept electronic service on behalf of County Defendants.

### *State Defendants*

5. The undersigned was contacted by counsel representing defendants Gov. Gavin Newsom, and Dr Sonia Y. Angell (collectively, "State Defendants"), as follows:

>Peter H. Chang, Deputy Attorney General
>Patti Li, Deputy Attorney General
>Department of Justice
>OFFICE OF THE ATTORNEY GENERAL
>455 Golden Gate Ave., Suite 11000
>San Francisco, CA 94102-7004
>Tel. (415) 510-3776
>Email: peter.chang@doj.ca.gov

6. Deputy Attorney General Chang has agreed to accept electronic service on behalf of State Defendants, and has indicated as of this afternoon that the State Defendants will oppose Plaintiffs' TRO Application.

### *City of L.A. Defendants*

7. On March 29, 2020, the undersigned contacted Los Angeles City Attorney Michael Feuer regarding service of the summons, First Amended Complaint and TRO Application. On March 31, 2020, I was contacted by Deputy

DECLARATION OF COUNSEL RE NOTICE TO DEFENDANTS OF PLAINTIFFS' APPLICATION FOR TEMP. RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION | CASE NO. 2:20-CV-02874-AB-SK

City Attorney Jonathan Eisenman, who indicated that: "We will not accept service of the summons and complaint by email.  When we have been served properly, we will oppose your application for a temporary restraining order."  On April 1, 2020, Deputy City Attorney Benjamin Chapman further indicated that he was not authorized to accept service on behalf of the City of Los Angeles or Mayor Garcetti ("City of L.A. Defendants")  Notwithstanding the current conditions calling for minimizing all social interaction and mandating "social distancing measures," counsel for the City Defendants thus insisted that the clerk for the City of Los Angeles and Mayor Garcetti be subject to physical service of the documents, by a process server.  Accordingly, Plaintiffs undertook efforts to serve both the City and Mayor Garcetti today, April 1, 2020.  The City of Los Angeles was served today.  Mayor Garcetti's assistant refused to accept physical service and insisted that Mayor Garcetti was not available to accept service.

8. The above-referenced Deputy City Attorneys who refused to accept electronic service on behalf of the City of L.A. Defendants are:

> Dep. City Attorney Jonathan Eisenman
> Dep. City Attorney Benjamin Chapman
> LOS ANGELES CITY ATTORNEY'S OFFICE
> James K. Hahn City Hall East, Suite 800
> Los Angeles, CA 90012
> Email: jonathan.eisenman@lacity.org
> Email: benjamin.chapman@lacity.org

### *City of Burbank Defendants*

9. On April 1, 2020, this Court issued its In Chambers Order [ECF No. 16] ("Order").  The Court's Order stated:

> (IN CHAMBERS) ORDER by Judge Andre Birotte Jr. Defendants Alex Villanueva, Gavin Newsom, Sonia Y. Angell, Barbara Ferrer, County of Los Angeles, Eric Garcetti, City of Los Angeles, Justin Hess, and City of Burbank ("Defendants") are ORDERED to file a response to Plaintiffs' ex parte application for a Temporary

Restraining Order on or before 5:00pm Friday, April 3, 2020. IT IS SO ORDERED.

10.  Plaintiffs should take this opportunity to clarify because our Burbank clients were subsequently assured by the Burbank Police Department that they would not enforce a closure, Plaintiffs have not sought affirmative relief in Plaintiffs' TRO Application and request for preliminary injunction against the City of Burbank or Justin Hess ("City of Burbank Defendants") at this time. Accordingly, we have not contacted counsel for the City of Burbank regarding their position vis-à-vis the TRO Application.  In all fairness, therefore, Plaintiffs would respectfully suggest and request modification of the Court's Order so that any response by the City of Burbank Defendants not be required at this time (unless they desire to do so).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2020               /s/ *George M. Lee*
                                   George M. Lee

                                   Attorney for Plaintiffs