1  George M. Lee (SBN 172982)
   gml@seilerepstein.com
2  **SEILER EPSTEIN LLP**
   275 Battery Street, Suite 1600
3  San Francisco, California 94111
4  Phone: (415) 979-0500
   Fax: (415) 979-0511
5

6  John W. Dillon (SBN 296788)
7  jdillon@gdandb.com
   2762 Gateway Road
8  Carlsbad, California 92009
9  Phone: (760) 431-9501
   Fax: (760) 431-9512
10

11 Raymond M. DiGuiseppe (SBN 228457)
   law.rmd@gmail.com
12 **THE DIGUISEPPE LAW FIRM, P.C.**
13 4320 Southport-Supply Road, Suite 300
   Southport, North Carolina 28461
14 Phone: 910-713-8804
15 Fax: 910-672-7705

16 Attorneys for Plaintiffs
17

18            **UNITED STATES DISTRICT COURT**

19       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20 ADAM BRANDY, an individual; et al.,        Case No. 2:20-cv-02874-AB-SK

21                Plaintiffs,                 **SUPPLEMENTAL DECLARATION OF**
                                              **ALAN KUSHNER IN SUPPORT OF**
22                                            **PLAINTIFFS' APPLICATION FOR**
            vs.                               **TEMPORARY RESTRAINING ORDER AND**
23                                            **ORDER TO SHOW CAUSE WHY A**
   ALEX VILLANUEVA, in his official           **PRELIMINARY INJUNCTION SHOULD**
24 capacity as Sheriff of Los Angeles         **NOT ISSUE**
25 County, California, and in his capacity as
   the Director of Emergency Operations, et   **[FRCP 65; C.D. L.R. 65-1]**
26 al.,
27                Defendants.                 Date:      TBD
                                              Time:      TBD
28

                                  1

1
2

Courtroom 7B
Judge:     Hon. André Birotte Jr.

3

4      **SUPPLEMENTAL DECLARATION OF ALAN KUSHNER**
       **IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TRO**
5

6          I, Alan Kushner, declare as follows:

7          I am an Individual Plaintiff in this action, and I am the owner and

8  operator of "The Target Range," which is a Retailer Plaintiff in the action.

9          2.     The Target Range, is a California corporation holding federal, state,

10 and local licenses to conduct the temporary rental and sale of arms, including

11 firearms, ammunition, magazines, and appurtenances, as well as to operate an

12 indoor shooting range and training center, in Van Nuys, California.

13         3.     As the owner and operator of this business, I have been attempting to

14 stay abreast of all the laws, ordinances, regulations, and other various orders of the

15 State, Los Angeles County, and Los Angeles City concerning whether businesses

16 providing these services to the public are deemed "essential" businesses who may

17 continue operating during this time of the COVID-19 public health crisis.

18         4.     To that end, I have been communicating with Detective Ben Meda, in

19 the Gun Unit of the Los Angeles City Police Department (LAPD).

20         5.     Yesterday, April 2, 2020, Detective Meda advised me by telephone

21 that the Los Angeles City Mayor's Office has directed the LADP that, pursuant to

22 the City's "Safer At Home Order" requiring all nonessential businesses to close,

23 "all firearms transactions, including the completion of pending DROS releases,

24 must cease immediately." Detective Meda also advised me that the LAPD would

25 be conducting compliance checks to ensure that firearms retailers are following

26 this directive from the City. I requested written verification of this directive.

27

28

2

6.      In response to my request, Detective Meda sent me an email shortly thereafter, at 3:25 p.m. (attached as Exhibit 1), stating (emphasis original):

> The Los Angeles Police Department has received direction that the Mayor's Safer At Home Order directing all nonessential businesses to close means that all firearm transactions, including the completion of pending DROS releases, must cease immediately.

7.      Now being under this clear threat of criminal sanctions by Defendants City of Los Angeles and Mayor Garcetti, in order to avoid being arrested, prosecuted, and losing the licenses and permits necessary for The Target Range to conduct its constitutionally protected and lawful business under local, state, and federal law, I have ceased all transactions related to the sale of firearms at The Target Range.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2020

Alan Kushner

SUPPLEMENTAL DECLARATION OF ALAN KUSHNER IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMP. RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION | CASE NO. 2:20-CV-02874-AB-SK