# EXHIBIT 1 – LAPD Email



Alan Kushner <abk5150@gmail.com>

# Gun Store Information
1 message

**Benjamin Meda** <27715@lapd.online>  Thu, Apr 2, 2020 at 3:25 PM
To: "alan@thetargetrange.com" <alan@thetargetrange.com>
Cc: Eric Bixler <33309@lapd.online>

**Hello Mr. Alan Kushner,**

**The Los Angeles Police Department has received direction that the Mayor's Safer At Home Order directing all nonessential businesses to close means that <u>all</u> firearm transactions, including the completion of pending DROS releases, must cease immediately. If you have any questions or concerns please contact me at (213) 486-5360, Detective Ben Meda, LAPD Gun Unit.**

**Respectfully,**

**Det. Ben Meda**