1   XAVIER BECERRA
    Attorney General of California
2   MARK R. BECKINGTON
    Supervising Deputy Attorney General
3   P. PATTY LI
    Deputy Attorney General
4   PETER H. CHANG
    State Bar No. 241467
5     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
6     Telephone:  (415) 510-3776
      Fax:  (415) 703-1234
7     E-mail:  Peter.Chang@doj.ca.gov
    *Attorneys for Defendants Gavin Newsom, in*
8   *his official capacity as Governor and Sonia Y.*
    *Angell, in her official capacity as*
9   *California Public Health Officer*

10           IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15  **ADAM BRANDY; ET AL.,**          2:20-cv-02874-AB-AK

16                       Plaintiffs,   **DECLARATION OF PETER H.**
                                       **CHANG IN SUPPORT OF STATE**
17          **v.**                     **DEFENDANTS' OPPOSITION TO**
                                       **PLAINTIFFS' EX PARTE**
18                                     **APPLICATION FOR A**
                                       **TEMPORARY RESTRAINING**
19                                     **ORDER AND ORDER TO SHOW**
20  **ALEX VILLANUEVA; ET AL.,**       **CAUSE**

21                      Defendants.

22

23

24

25

26

27

28

---

**DECLARATION OF PETER H. CHANG**

I, Peter H. Chang, declare:

1.     I am a Deputy Attorney General at the Office of the California Attorney General.  I serve as counsel to State Defendants the California Governor and the California Public Health Officer in the above-captioned matter.

2.     I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

3.     Attached as exhibit 1 is a true and correct copy of Governor Newsom's Proclamation declaring a State of Emergency.  The proclamation is also available at https://www.gov.ca.gov/wp-content/uploads/2020/03/3.4.20-Coronavirus-SOE-Proclamation.pdf.

4.     Attached as exhibit 2 is a true and correct copy of Governor Newsom's March 4, 2020 press release titled "Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19."  The press release is also available at https://www.gov.ca.gov/2020/03/04/governor-newsom-declares-state-of-emergency-to-help-state-prepare-for-broader-spread-of-covid-19/.

5.     Attached as exhibit 3 is a true and correct copy of Executive Order N-33-20.  A copy of Executive Order N-33-20 is also available at https://www.gov.ca.gov/wp-content/uploads/2020/03/3.19.20-attested-EO-N-33-20-COVID-19-HEALTH-ORDER.pdf.

6.     Attached as exhibit 4 is a true and correct copy of the State Public Health Officer's designation of "Essential Critical Infrastructure Workers" published on March 22, 2020.  A copy of the list is also available at https://covid19.ca.gov/img/EssentialCriticalInfrastructureWorkers.pdf.

7.     Attached as exhibit 5 is a true and correct copy of the March 28, 2020 Advisory Memorandum on Identification of Essential Critical Infrastructure

1

1  Workers During COVID-19 Response by Christopher C. Krebs, Director of the

2  Cybersecurity and Infrastructure Security Agency.  A copy of the memorandum is

3  also available at

4  https://www.cisa.gov/sites/default/files/publications/CISA_Guidance_on_the_Esse

5  ntial_Critical_Infrastructure_Workforce_Version_2.0_Updated.pdf.

6         8.     Attached as exhibit 6 is a true and correct copy of a March 30, 2020

7  post made by Los Angeles County Sheriff Alex Villanueva to his Twitter account.

8  The Twitter post is available at

9  https://twitter.com/LACoSheriff/status/1244812862175903744.

11        I declare under penalty of perjury that the foregoing is true and correct

13  Executed on April 3, 2020                    /s/ *Peter H. Chang*
                                                PETER H. CHANG
14                                              Deputy Attorney General