# EXHIBIT 2

# Governor Newsom Declares State of Emergency to Help State Prepare for Broader Spread of COVID-19

Published: Mar 04, 2020

*Emergency proclamation builds on work already underway across state government to protect public health and safety*

*Proclamation includes increased protections against price gouging, offers more assistance to local governments and allows health care to come from out of state*

*All levels of state government are being deployed to tackle this evolving situation*

SACRAMENTO – As part of the state's response to address the global COVID-19 outbreak, Governor Gavin Newsom today declared a State Emergency to make additional resources available, formalize emergency actions already underway across multiple state agencies and departments, and help the state prepare for broader spread of COVID-19. The proclamation comes as the number of positive California rises and following one official COVID-19 death.

Today's proclamation builds on work already underway by the California Department of Public Health, California Health and Human Se Agency, Governor's Office of Emergency Services and other agencies which have been on the front lines of the state's response to COVID January.

"The State of California is deploying every level of government to help identify cases and slow the spread of this coronavirus," said Gove Newsom. "This emergency proclamation will help the state further prepare our communities and our health care system in the event it s more broadly."

The emergency proclamation includes provisions that protect consumers against price gouging, allow for health care workers to come f of state to assist at health care facilities, and give health care facilities the flexibility to plan and adapt to accommodate incoming patien

Yesterday, Governor Newsom announced the release of millions of N95 masks to address shortages caused by COVID-19. Today's action follows the announcement earlier this week that the state has secured the capacity to test thousands of specimens from the federal Cen

Disease Control and Prevention to expedite testing.

For the latest on the state's COVID-19 preparedness and response, visit cdph.ca.gov.

A copy of today's emergency proclamation can be found here.

###