# EXHIBIT 6



**Federal Clarity Regarding Essential Businesses (Firearm Retailers)**

The Los Angeles County Sheriff's Department commends the community and all businesses in their continued efforts to protect the health and safety of all of our residents. We will achieve our goals of ensuring the health and safety of the community when we come together as a community to accomplish our respective missions.

Based on the changing environment, the various governmental entities have issued ongoing directives. On March 19, 2020 the County Health Officer issued a "Safer at Home Directive" with the intent of curbing the spread of COVID-19 through social distancing and the closure of non-essential businesses and services.

On March 28, 2020, the United States Department of Homeland Security issued an Advisory Memorandum in regard to Essential Critical Infrastructure Workers during COVID-19 response. Although explicitly advisory in nature, nonetheless the federal memorandum is persuasive given its national scope. Included in the list of essential critical infrastructure workers are workers supporting the operation of firearm or ammunition product manufacturers, retailers, importers, distributors, and shooting ranges.

Based on this further input from the federal government, the Los Angeles County Sheriff's Department will not order or recommend closure of businesses that sell or repair firearms or sell ammunition; will investigate reports of improper health practices such as poor sanitation or failure to maintain social distancing at all businesses; and forward detailed reports of unlawful health conditions to the District Attorney for their review and consideration.

Regardless of whether a business sells groceries, gasoline, firearms, or any other product or service, we encourage them to abide by all health and safety measures in place.

**Sheriff Alex Villanueva**