PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Specially Appearing Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al.,<br><br>    Defendants. | Case No. 2:20-cv-02874-AB-SK<br><br>Honorable Andre Birotte, Jr.<br><br>**NOTICE OF INTERESTED PARTIES** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

The undersigned, counsel of record for Specially Appearing Defendants County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer herein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Adam Brandy | Plaintiff |
| Jonah Martinez | Plaintiff |

| # | Party | Role |
|---|---|---|
| 1 | Daemion Garro | Plaintiff |
| 2 | DG 2A Enterprises Inc., d.b.a. Gun World | Plaintiff |
| 3 | Jason Montes | Plaintiff |
| 4 | Weyland-Yutani LLC, d.b.a. Match Grade Gunsmiths | Plaintiff |
| 5 | Alan Kushner | Plaintiff |
| 6 | The Target Range | Plaintiff |
| 7 | Tom Watt | Plaintiff |
| 8 | A Place to Shoot, Inc. | Plaintiff |
| 9 | Second Amendment Foundation | Plaintiff |
| 10 | California Gun Rights Foundation | Plaintiff |
| 11 | National Rifle Association of America | Plaintiff |
| 12 | Firearms Policy Coalition, Inc. | Plaintiff |
| 13 | Sheriff Alex Villanueva | Defendant |
| 14 | Gavin Newsom | Defendant |
| 15 | Sonia Y. Angell | Defendant |
| 16 | Barbara Ferrer | Defendant |
| 17 | County of Los Angeles | Defendant |
| 18 | Eric Garcetti | Defendant |
| 19 | City of Los Angeles, California | Defendant |
| 20 | Justin Hess | Defendant |
| 21 | City of Burbank, California | Defendant |

Dated:  April 3, 2020        LAWRENCE BEACH ALLEN & CHOI, PC

By _____/s/  Paul B. Beach_____
  Paul B. Beach
  Attorneys for Specially Appearing
  Defendants County of Los Angeles,
  Sheriff Alex Villanueva, and
  Barbara Ferrer

BRANDY\NOTICE OF INTERESTED PARTIES