George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

John W. Dillon (SBN 296788)
Jdillon@gdandb.com
2762 Gateway Road
Carlsbad, California 92009
Phone: (760) 431-9501
Fax: (760) 431-9512

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual, et al.,<br><br>Plaintiffs,<br>vs.<br><br>ALEX VILLANUEVA, in his official capacity as SHERIFF OF LOS ANGELES COUNTY, et al.,<br><br>Defendants. | Case No. 2:20-cv-02874<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF ONE ATTORNEY OF RECORD; DECLARATION IN SUPPORT THEREOF; AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH** |

PLEASE TAKE NOTICE that effective April 9, 2020, John W. Dillon, one of the attorneys of record for Plaintiffs *Brandy et al*. (Plaintiffs), hereby moves the Court for an order allowing Mr. Dillon to withdraw as one of the attorneys of record for Plaintiffs. Counsel has: (a) provided notice to all Plaintiffs: (b) they understand and consent to the withdrawal; (c) Plaintiffs have other representation, namely, George M. Lee, counsel of record; (d) Plaintiffs will continue to have full representation through Mr. Lee; and (e) withdrawal will not result in any prejudice to Plaintiffs or delay of this case.

The above facts are presented to show good cause for the request. By this notice and motion, the undersigned counsel requests that he be removed/withdrawn from the case and docket as counsel of record.

Respectfully submitted,

*/s/ John W. Dillon*
John W. Dillon

**DECLARATION OF JOHN W. DILLON**

I, John W. Dillon, declare as follows:

1. I am currently one of the attorneys of record for Plaintiffs in this action, which just filed in this Court on March 25, 2020. My co-counsel of record is currently George M. Lee, Seiler Epstein LLP. I submit my declaration in support of my request to withdraw from this case as one of the attorneys of record. The above Notice presents the facts supporting my request to withdraw from this case as one of the attorneys of record. The above facts are true and correct.

I declare under the laws of the United States that the foregoing is true and correct and that my declaration was executed on April 9, 2020, in Carlsbad, California.

>    */s/ John W. Dillon*
>    John W. Dillon