# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-02874-AB (SKx) |
| Plaintiffs, | **ORDER** |
| vs. | |
| ALEX VILLANUEVA, in his official capacity as SHERIFF OF LOS ANGELES COUNTY, et al. | |
| Defendants. | |

1
2
3
4
5

This Court has reviewed counsel's notice of motion and motion for withdrawal as one of the attorneys of record in this case. The Court finds that no prejudice or delay will result from counsel's withdrawal and that Plaintiffs are and will continue to be represented by other counsel of record.

6
7
8

IT IS HEREBY ORDERED that John W. Dillon withdraw from the case and docket as counsel of record.

9
10

**IT IS SO ORDERED.**

11
12

April 10, 2020

_____
Hon. Andre Birotte Jr.
United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28