**MICHAEL N. FEUER,** City Attorney – SBN 111529
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney – SBN 212289
**JAMES P. CLARK,** Chief Deputy City Attorney – SBN 64780
**SCOTT MARCUS,** Civil Litigation Branch Chief – SBN 184980
**BLITHE S. BOCK,** Assistant City Attorney – SBN 163567
**BENJAMIN F. CHAPMAN,** Deputy City Attorney – SBN 234436
**JONATHAN H. EISENMAN,** Deputy City Attorney – SBN 279291
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7098  Fax No.: (213) 978-7011
Email: benjamin.chapman@lacity.org

Attorneys for Defendant,
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADAM BRANDY, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, et al.,<br><br>    Defendants. | CASE NO: CV20-02874-AB (SK)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:         April 1, 2020<br>Current Response Date: April 22, 2020<br>New Response Date:      May 4, 2020 |

Whereas, Defendant City of Los Angeles (the "City") was served with the summons and First Amended Complaint on April 1, 2020;

Whereas, the First Amended Complaint is the initial complaint as to the City since it added the City as a defendant for the first time;

Whereas, the City currently has until April 22, 2020 to respond to the First Amended Complaint;

Whereas, per Local Rule 8-3, the parties, through counsel, hereby stipulate to extend the time for the City to respond to the First Amended Complaint for 12 days, until May 4, 2020.

Dated: April 17, 2020                           OFFICE OF THE CITY ATTORNEY OF LOS ANGELES

By:
      */s/ Benjamin Chapman*
      Benjamin Chapman

      Attorneys for Defendant
      CITY OF LOS ANGELES

Dated: April 17, 2020                           SEILER EPSTEIN LLP

By:
      */s/ George M. Lee*
      George M. Lee

      Attorneys for Plaintiffs

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.