1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**ADAM BRANDY; ET AL.,**

Plaintiffs,

v.

**ALEX VILLANUEVA; ET AL.,**

Defendants.

2:20-cv-02874-AB-AK

**ORDER EXTENDING STATE DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 30 DAYS**

Good cause having been shown, the Court hereby ORDERS that the time for Defendants Gavin Newsom, California Governor, and Sonia Y. Angell, California Public Health Officer to respond to the First Amended Complaint (Dkt. No. 9) is extended by 30 days, to and including May 25, 2020.

Dated: April 20, 2020

_____
Hon. André Birotte Jr.
United States District Judge

Order Extending Time (2:20-cv-02874-AB-AK)