XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
P. PATTY LI
Deputy Attorney General
PETER H. CHANG
State Bar No. 241467
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3776
 Fax: (415) 703-1234
 E-mail: Peter.Chang@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor and Sonia Y. Angell, in her official capacity as California Public Health Officer*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM BRANDY; ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX VILLANUEVA; ET AL.,**<br><br>Defendants. | 2:20-cv-02874-AB-AK<br><br>**SECOND STIPULATION TO EXTEND STATE DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 30 DAYS**<br><br>JUDGE: Hon. André Birotte Jr.<br><br>Complaint Served: April 2, 2020<br><br>Current response date: May 25, 2020<br><br>Proposed response date: June 24, 2020 |

Pursuant to Local Rule 7-1, the parties, Plaintiffs Adam Brandy, et al., and State Defendants Gavin Newsom, California Governor, and Sonia Y. Angell, California Public Health Officer (collectively, the "Parties"), through their respective attorneys of record, hereby request that the Court extend the time for State Defendant to respond to Plaintiffs' First Amended Complaint by 30 days, to and including June 24, 2020.

## RECITALS AND GROUNDS FOR RELIEF

WHEREAS, Plaintiffs filed their Original Complaint (Dkt. No. 1) on March 27, 2020 and their First Amended Complaint (Dkt No. 9) on March 29, 2020;

WHEREAS, counsel for State Defendants agreed to accept service by email on behalf of the State Defendants, and Plaintiffs served the State Defendants by email on April 2, 2020;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A) and 15(a)(3), State Defendant's response to the First Amended Complaint was due on or before April 23, 2020;

WHEREAS, during an email meet-and-confer between counsel for State Defendants and counsel for Plaintiffs on April 16, 2020, counsel for Plaintiffs indicated that Plaintiffs intend to seek leave to amend the First Amended Complaint;

WHEREAS, the Parties agreed that the State Defendants need not respond to the First Amended Complaint because Plaintiffs intend to seek leave to file a second amended complaint by motion or stipulation;

WHEREAS, the Parties previously stipulated to extend the time for State Defendants to respond to the First Amended Complaint by 30 days, to and including May 25, 2020 (Dkt. No. 33), and this Court granted such request (Dkt No. 34);

WHEREAS, Parties are engaged in settlement discussions and Plaintiffs need additional time to seek leave to file a second amended complaint by motion or stipulation;

NOW THEREFORE, the Parties STIPULATE that the time for State Defendants to respond to the First Amended Complaint is further extended by 30 days, to and including June 24, 2020.

Accordingly, the Parties respectfully request that the Court adopt the attached Proposed Order granting the stipulation described above.

Dated:     May 25, 2020

Xavier Becerra
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General

/s/ Peter H. Chang
Peter H. Chang
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor and Sonia Y. Angell, in her official capacity as California Public Health Officer*

Dated:     May 25, 2020

Seiler Epstein LLP

/s/ George M. Lee
George M. Lee
*Attorneys for Plaintiffs*

<u>Attestation of Concurrence in Filing</u>

I, Peter H. Chang, am the ECF user whose ID and password are being used to file the foregoing Second Stipulation to Extend State Defendants' Time to Respond to First Amended Complaint by 30 Days. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:       May 25, 2020                    <u>/s/ Peter H. Chang</u>
                                             Peter H. Chang
                                             Deputy Attorney General