XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
P. PATTY LI
Deputy Attorney General
PETER H. CHANG
State Bar No. 241467
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3776
  Fax:  (415) 703-1234
  E-mail:  Peter.Chang@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor and Sonia Y. Angell, in her official capacity as California Public Health Officer*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM BRANDY; ET AL.,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**ALEX VILLANUEVA; ET AL.,**<br><br>                  Defendants. | 2:20-cv-02874-AB-AK<br><br>**STATE DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 12 DAYS**<br><br>JUDGE:    Hon. André Birotte Jr.<br><br>Complaint Served: April 2, 2020<br><br>Current response date: June 24, 2020<br><br>Proposed response date: July 6, 2020 |

PLEASE TAKE NOTICE that Defendants Gavin Newsom, California Governor, and Sonia Y. Angell, California Public Health Officer (collectively, the "State Defendants") hereby apply to this Court for an order to extend the time for State Defendants to respond to Plaintiffs' First Amended Complaint by 12 days, to and including July 6, 2020.

Plaintiffs had previously agreed that a response to the First Amendment Complaint would not be necessary because they intended to further amend the complaint. The parties subsequently entered into two stipulations to extend the time for State Defendants to respond to the First Amendment Complaint so that Plaintiffs would have sufficient to prepare the amended complaint and to seek leave to file it, if necessary. Under the second stipulation to extend, the State Defendant's response to the First Amended Complaint was due on June 24, 2020.

The parties had also begun to engage in discussions about settlement by way of a stipulation of dismissal. The parties continued to discuss settlement until the afternoon of June 22, 2020, after which time counsel for Plaintiffs stopped responding to communications from counsel for State Defendants. On June 23, 2020, having receiving no response from counsel for Plaintiffs, counsel for State Defendants contacted counsel for Plaintiffs again about settlement discussions, or a further stipulation to extend time by 12 days to either finalize any settlement, or to provide sufficient time for the parties to meet and confer under Local Rule 7-3 about a motion to dismiss, and for the State Defendants to file that motion, if necessary. Plaintiffs' counsel did not respond to State Defendants' counsel's request for a stipulation to extend time.

Counsel for State Defendants provided notice of this application to counsel for Plaintiffs by voicemail and email at or around noon on June 25, 2020, to which counsel for Plaintiffs has not responded as of the time of the filing of this application.

The application is based on the accompanying Memorandum and declaration filed concurrently herewith, as well as all records on file in this action.

Dated: June 26, 2020

Respectfully submitted,

Xavier Becerra
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General

/s/ Peter H. Chang
Peter H. Chang
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor and Sonia Y. Angell, in her official capacity as California Public Health Officer*