IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM BRANDY; ET AL.,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**ALEX VILLANUEVA; ET AL.,**<br><br>                    Defendants. | 2:20-cv-02874-AB-AK<br><br>**DECLARATION OF PETER H. CHANG IN SUPPORT OF STATE DEFENDANTS' EX PARTE APPLICATION**<br><br>JUDGE:    Hon. André Birotte Jr. |

1

**DECLARATION OF PETER H. CHANG**

I, Peter H. Chang, declare:

1. I am a Deputy Attorney General at the Office of the California Attorney General. I serve as counsel to State Defendants the California Governor and the California Public Health Officer in the above-captioned matter.

2. I make this declaration of my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

3. Since May 15, 2020, or thereabouts, the State Defendants, through me, and Plaintiffs, through their counsel, George Lee, have been engaged in discussions about settlement by way of a stipulation of dismissal.

4. The parties continued to discuss settlement until the afternoon of June 22, 2020.

5. In the early afternoon of June 23, 2020, having received no response from Mr. Lee to my last email about settlement, I emailed Mr. Lee about the status of the settlement discussions. I followed up this email with a phone call and left Mr. Lee a voicemail. Mr. Lee did not respond to my email or voicemail.

6. Attached as Exhibit 1 is a true and correct copy of emails I sent to Mr. Lee from June 23 to June 25, 2020.

7. On the morning of June 24, 2020, I again emailed Mr. Lee about the status of the draft stipulation of dismissal, and still received no response. *See* Ex. 1.

8. In the afternoon of June 24, 2020, having received no response from Mr. Lee about settlement, I emailed Mr. Lee about the entering into a further stipulation to extend time by 12 days for State Defendants to respond to the First Amended Complaint so as to provide time to either finalize a settlement, or "to provide sufficient time for [the parties] to meet and confer about a motion to dismiss ahead of that motion, if necessary." *See* Ex. 1. I also sent Mr. Lee a draft

2

Chang Decl. ISO Ex parte Application to Extend Time (2:20-cv-02874-AB-AK)

stipulation to extend time. *Id.* Mr. Lee did not respond to this request for a stipulation to extend time.

9. At or about noon of June 25, 2020, I called Mr. Lee and left him a voicemail to notify him that the State Defendants intended to file an ex parte application to extend time. I asked him to contact me by phone or email to inform me of Plaintiffs' position on this application. I followed up this voicemail with an email. *See* Ex. 1.

10. As of the time of the filing of this declaration, Mr. Lee has not responded to my request for Plaintiffs' position on this application.

I declare under penalty of perjury that the foregoing is true and correct

Executed on June 26, 2020                /s/ *Peter H. Chang*
                                         PETER H. CHANG
                                         Deputy Attorney General