# EXHIBIT 1

# Re: Brandy v. Villanueva

**Peter Chang**
Thu 6/25/2020 12:06 PM

To: George Lee <gml@seilerepstein.com>;

Cc: Patty Li <Patty.Li@doj.ca.gov>; Raymond DiGuiseppe <law.rmd@gmail.com>;

George, as I mentioned in my voicemail, since we have not heard from you, we are preparing to file an ex parte application to extend the answer date. Do you oppose that application?

Of course, if you do have a response on either the settlement or the stipulation to extend, we would be happy to continue to discuss those options as well.

Regards,
Peter

---

**From:** Peter Chang
**Sent:** Wednesday, June 24, 2020 2:01:43 PM
**To:** George Lee
**Cc:** Patty Li; Raymond DiGuiseppe
**Subject:** Re: Brandy v. Villanueva

George, since we don't yet have a final agreement, I propose we stipulate to extend the answer date by another 12 days. This should be more than sufficient time to know whether we have an agreement or not, and, if not, provide sufficient time for us to meet and confer about a motion to dismiss ahead of that motion, if necessary. Attached is the draft stip. I'll also give you a call shortly.

Thanks,
Peter

---

**From:** Peter Chang
**Sent:** Wednesday, June 24, 2020 10:13:29 AM
**To:** George Lee
**Cc:** Patty Li; Raymond DiGuiseppe
**Subject:** Re: Brandy v. Villanueva

George, can we have a stip by 1pm today? Otherwise, we'll have to discuss other options for proceeding.

Thanks,
Peter

---

**From:** Peter Chang
**Sent:** Tuesday, June 23, 2020 1:39:40 PM
**To:** George Lee
**Cc:** Patty Li; Raymond DiGuiseppe
**Subject:** Re: Brandy v. Villanueva

George, just checking in to see whether you're ready to circulate the draft stipulation.

Thanks,
Peter

---

**From:** Peter Chang
**Sent:** Monday, June 22, 2020 1:57:21 PM