IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM BRANDY; et al.,**<br><br>                          Plaintiffs,<br><br>    v.<br><br>**ALEX VILLANUEVA; et al.,**<br><br>                          Defendants. | 2:20-cv-02874-AB-AK<br><br>**[PROPOSED] ORDER GRANTING STATE DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 12 DAYS**<br><br>JUDGE: Hon. André Birotte Jr. |

Good cause having been shown, the Court hereby GRANTS the ex parte application of Defendants Gavin Newsom, California Governor, and Sonia Y. Angell, California Public Health Officer and ORDERS that their time to respond to the First Amended Complaint (Dkt. No. 9) is extended by 12 days, to and including July 6, 2020.

Dated:        June ____, 2020            _____
                                          Hon. André Birotte Jr.
                                          United States District Judge