George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: (910) 713-8804
Fax: (910) 672-7705

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM BRANDY, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al.,<br><br>Defendants. | Case No. 2:20-cv-2874<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS JUSTIN HESS AND CITY OF BURBANK, CALIFORNIA**<br><br>[FRCP 41(a)(1)(A)(i)] |
|---|---|

//

| | |
|---|---|
| 1 2 | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS JUSTIN HESS AND CITY OF BURBANK, CALIFORNIA** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Adam Brandy, Jonah Martinez, Daemion Garro, DG2A Enterprises Inc., d.b.a. Gun World, Jason Montes, Weyland-Yutani LLC d.b.a. Match Grade Gunsmiths, Alan Kushner, The Target Range, Tom Watt, A Place To Shoot, Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, and Firearms Policy Coalition, Inc. ("Plaintiffs") hereby file this Notice of Voluntary Dismissal, without prejudice, as to Defendant **Justin Hess**, sued in his official capacity as the City Manager and the Director of Emergency Services for the City of Burbank; and as to Defendant **City of Burbank, California**.

Dated: July 6, 2020                    S<small>EILER</small> E<small>PSTEIN</small> LLP


/s/ *George Lee*
George M. Lee

Attorney for Plaintiffs