George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: (910) 713-8804
Fax: (910) 672-7705

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual, et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al.,<br><br>           Defendants. | Case No. 2:20-cv-2874<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS GAVIN NEWSOM AND SONIA Y. ANGELL**<br><br>**[FRCP 41(a)(1)(A)(i)]** |

//

# NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS GAVIN NEWSOM AND SONIA Y. ANGELL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Adam Brandy, Jonah Martinez, Daemion Garro, DG2A Enterprises Inc., d.b.a. Gun World, Jason Montes, Weyland-Yutani LLC d.b.a. Match Grade Gunsmiths, Alan Kushner, The Target Range, Tom Watt, A Place To Shoot, Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, and Firearms Policy Coalition, Inc. ("Plaintiffs"), and pursuant to the Stipulation attached hereto as *Exhibit A*, hereby file this Notice of Voluntary Dismissal, without prejudice, as to Defendants **GAVIN NEWSOM**, sued in his official capacity as Governor and Commander in Chief of the State of California, and **SONIA Y. ANGELL**, sued in her official capacity as California Public Health Officer.

Dated: July 8, 2020

SEILER EPSTEIN LLP

/s/ *George Lee*
George M. Lee

Attorney for Plaintiffs

**EXHIBIT A**

1  George M. Lee (SBN 172982)
   gml@seilerepstein.com
2  **SEILER EPSTEIN LLP**
3  275 Battery Street, Suite 1600
   San Francisco, California 94111
4  Phone: (415) 979-0500
5  Fax: (415) 979-0511

6
7  Raymond M. DiGuiseppe (SBN 228457)
   law.rmd@gmail.com
8  **THE DIGUISEPPE LAW FIRM, P.C.**
   4320 Southport-Supply Road, Suite 300
9  Southport, North Carolina 28461
10 Phone: (910) 713-8804
   Fax: (910) 672-7705
11

12 Attorney for Plaintiffs

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 
   | ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-2874 |
17 |---|---|
   | Plaintiffs, | **STIPULATION RE: DISMISSAL OF DEFENDANTS GAVIN NEWSOM AND SONIA Y. ANGELL** |
18 | | |
19 | vs. | |
20 | | |
21 | ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al., | |
22 | | |
23 | | |
24 | | |
25 | Defendants. | |

26

27

28 //

**STIPULATION RE: DISMISSAL OF STATE DEFENDANTS GOVERNOR GAVIN NEWSOM, AND DR. SONIA Y. ANGELL**

The parties hereto, by and through their counsel undersigned, hereby agree and STIPULATE as follows:

RECITALS

1. On March 27, 2020, Plaintiffs filed their Original Complaint (Dkt. No. 1) and on March 29, 2020, filed their First Amended Complaint (Dkt No. 9).

2. On March 30, 2020, Plaintiffs filed their Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. No. 14) ("TRO Application").

3. On April 2, 2020, counsel for State Defendants GAVIN NEWSOM, sued in his official capacity as Governor and Commander in Chief of the State of California, and SONIA Y. ANGELL, sued in her official capacity as California Public Health Officer ("State Defendants") agreed to accept service by email on behalf of the State Defendants, and Plaintiffs served the State Defendants by email on April 2, 2020.

4. At issue in the First Amended Complaint was the issuance, meaning and effect of Executive Order N-33-20, which addressed the spread of COVID-19 in California ("Executive Order").

5. On April 3, 2020, State Defendants filed an Opposition to the Plaintiffs' TRO Application (Dkt. No. 24) ("Opposition"). In their Opposition, the State Defendants asserted: "As the Governor has publicly confirmed, the Executive Order does not mandate the closure of firearms and ammunition retailers. To the extent any local official acting on his or her own authority requires the closure of those retailers, such actions do not concern the Executive Order." (Opposition at 1:17-20). The Opposition further asserted: "The Executive

1  Order does not prohibit Plaintiffs from purchasing or selling firearms or
2  ammunition or mandate the closure of firearms retailers." (Opposition at 8:5-7).
3      6.   The State Defendants' position has been and remains that the
4  challenged orders of Governor Newsom and Dr. Angell did not require the closure
5  of firearm retailers, ammunition vendors, or shooting ranges. To the extent any
6  local authority requires the closure of those retailers, vendors, or ranges, such
7  action is not required by the State Defendants' orders. The State Defendants'
8  position is that this fact does not relieve Plaintiffs from any obligation to comply
9  with the State Defendants' orders. The State Defendants' position is that if these
10 businesses remain open, they must comply with the guidelines and requirements
11 under the State Defendants' orders that apply to all businesses.

## STIPULATION FOR DISMISSAL

NOW THEREFORE, and incorporating the foregoing recitals, Plaintiffs and the State Defendants hereby STIPULATE to a dismissal by Plaintiffs of Defendants GAVIN NEWSOM, sued in his official capacity as Governor and Commander in Chief of the State of California, and SONIA Y. ANGELL, sued in her official capacity as California Public Health Officer.

Dated: July 8, 2020            **SEILER EPSTEIN LLP**

_____
George M. Lee
Attorney for Plaintiffs

1  Dated: July 8, 2020

Xavier Becerra
ATTORNEY GENERAL OF CALIFORNIA
Mark R. Beckington
Supervising Deputy Attorney General

*/s/ Peter H. Chang*

Peter H. Chang
Deputy Attorney General

Attorneys for Defendants Gavin Newsom, in his official capacity as Governor and Sonia Y. Angell, in her official capacity as California Public Health Officer