1  George M. Lee (SBN 172982)
2  gml@seilerepstein.com
   **SEILER EPSTEIN LLP**
3  275 Battery Street, Suite 1600
4  San Francisco, California 94111
   Phone: (415) 979-0500
5  Fax: (415) 979-0511

6
7  Raymond M. DiGuiseppe (SBN 228457)
   law.rmd@gmail.com
8  **THE DIGUISEPPE LAW FIRM, P.C.**
   4320 Southport-Supply Road, Suite 300
9  Southport, North Carolina 28461
10 Phone: (910) 713-8804
   Fax: (910) 672-7705
11
12 Attorneys for Plaintiffs

13

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-2874 |
|---|---|
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ERIC GARCETTI AND THE CITY OF LOS ANGELES, CALIFORNIA** |
| vs. | |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al., | **[FRCP 41(a)(1)(A)(i)]** |
| Defendants. | |

//

# NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ERIC GARCETTI AND THE CITY OF LOS ANGELES, CALIFORNIA

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Adam Brandy, Jonah Martinez, Daemion Garro, DG2A Enterprises Inc., d.b.a. Gun World, Jason Montes, Weyland-Yutani LLC d.b.a. Match Grade Gunsmiths, Alan Kushner, The Target Range, Tom Watt, A Place To Shoot, Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, and Firearms Policy Coalition, Inc. ("Plaintiffs") hereby file this Notice of Voluntary Dismissal, without prejudice, as to Defendant **Eric Garcetti**, sued in his official capacity as Mayor of the City of Los Angeles, California; and as to Defendant **City of Los Angeles, California**.

Dated: July 8, 2020        **SEILER EPSTEIN LLP**

/s/ *George Lee*
George M. Lee

Attorney for Plaintiffs