PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ADAM BRANDY, an individual; JONAH MARTINEZ, an individual; DAEMION GARRO, an individual; DG 2A ENTERPRISES INC., d.b.a. GUN WORLD; JASON MONTES, an individual; WEYLAND-YUTANI LLC, d.b.a. MATCH GRADE GUNSMITHS; ALAN KUSHNER, an individual; THE TARGET RANGE; TOM WATT, an individual; A PLACE TO SHOOT, INC.; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and FIREARMS POLICY COALITION, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; GAVIN NEWSOM, in his official capacity as Governor and Commander in Chief of the State of California; SONIA Y. ANGELL, in her official capacity as California Public Health Officer; BARBARA FERRER, in her official capacity as Director of Los Angeles County Department of Public Health; | Case No. 2:20-cv-02874-AB-SK <br><br>Honorable André Birotte, Jr. <br><br>**DEFENDANTS COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA AND BARBARA FERRER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS; EXHIBITS IN SUPPORT THEREOF** <br><br>*[Defendants' Notice of Motion and Motion for Judgment on the Pleadings filed and [Proposed]Order lodged concurrently herewith]* <br><br>Date: September 18, 2020 <br>Time: 10:00 a.m. <br>Crtm.: First Street, 7B |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | COUNTY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of the City of Los Angeles, California; CITY OF LOS ANGELES, CALIFORNIA; JUSTIN HESS, in his official capacity as City Manager and Director of Emergency Services for the City of Burbank; and CITY OF BURBANK, CALIFORNIA,<br><br>                    Defendants. |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

In support of their Motion for Judgment on the Pleadings, Defendants County of Los Angeles, Sheriff Alex Villanueva and Barbara Ferrer hereby respectfully request that the Court take judicial notice of the documents/records/websites listed in the table below, true and correct copies of which are attached hereto as Exhibits 1 to 10.

Under Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of any matter "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources who accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice of court records is proper. *Kourtis v. Cameron*, 419 F.3d 989, 995 at n.3 (9th Cir. 2004), *abrogated on another point by Taylor v. Sturgell*, 553 U.S. 880 (2008); *United States v. Howard*, 381 F.3d 873, 876 at n.1 (9th Cir. 2004); *Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988).

Public records, including judgments, complaints and other publicly filed documents, are proper subjects of judicial notice. *Romero v. HP, Inc.*, 2017 WL 386237, at *4 (N.D. Cal. Jan. 27, 2017) (taking judicial notice of publicly filed documents in other litigation); *Rotham v. Gregor*, 220 F.3d 81, 92 (2d Cir. 2000) (taking judicial notice of complaint). Moreover, "[i]t is well established that a

2

court can take judicial notice of its own files and records under Rule 201 of the Federal Rules of Evidence." *Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp.3d 1011, 1034 (C.D. Cal. Jan. 30, 2015).

      Moreover, judicial notice of information published on government websites, such as COVID-19 related information published on publicly available web pages of the websites of the Centers for Disease Control and the County of Los Angeles is proper under FRCP Rule 201. *See Uribe v. Perez*, 2020 WL 131858, at *4 (C.D. Cal. Mar. 3, 2020), *report and recommendation adopted* (C.D. Cal. Mar. 20, 2020) 2020 WL 1317727 (granting the request for judicial notice of three publicly available Centers for Disease Control web pages identifying "'key facts', according to the CDC, about who may contract norovirus, the number infected each year, how norovirus spreads, tips for prevention, and treatment of norovirus.")[1]; *McGhee v. City of Flagstaff*, 2020 WL 2309881, at *2-4 (D. Ariz., May 8, 2020) (taking judicial notice of COVID-19 related guidance published by the CDC, available on government websites, including information "on the manner and speed at which the virus is spreading"); *Glenn v. B & R Plastics, Inc.*, 326 F.Supp.3d 1044, 1068 (D. Idaho, July 16, 2018) ("it is proper to take judicial notice of information from a federal agency, such as the CDC, under [FRCP] Rule 201 … as facts from a governmental agency that are not subject to reasonable dispute"); *Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking judicial notice of records on the CDC's website); *New Mexico ex rel. Richardson v. Bureau of Land Mgmt.*, 565 F.3d 683, 702 n.22 (10th Cir. 2009) (taking judicial notice of materials on the websites of two federal agencies).

---

[1] These websites were: https://www.cdc.gov/norovirus/downloads/keyfacts.pdf; https://www.cdc.gov/norovirus/trends-outbreaks/burden-US.html; https://www.cdc.gov/norovirus/index.html.

3

**Items For Which Judicial Notice Is Requested Pursuant to Federal Rules of Civil Procedure, Rule 201**

| Exhibit No. | Description of Document/Record/Website |
|---|---|
| 1 | Safer at Home Order for Control of COVID-19: Temporary Prohibition of Events and Gatherings of 10 Persons or More Closure of Non-Essential Businesses and Areas, issued on March 19, 2020, published at http://publichealth.lacounty.gov/media/coronavirus/ |
| 2 | Reopening Safer at Work and in the Community for Control of COVID-19 Moving the County of Los Angeles into Stage 3 of California's Pandemic Resilience Roadmap, issued on June 18, 2020, published at http://publichealth.lacounty.gov/media/coronavirus/ |
| 3 | Novel Coronavirus (COVID-19) Reopening Safer at Work and in the Community for Control of COVID-19 Order: Examples of What's Open in Los Angeles County, issued on June 19, 2020, published at http://publichealth.lacounty.gov/media/coronavirus/ |
| 4 | Protocols for Retail Establishments Opening for In-person Shopping: Appendix B, dated June 23, 2020, published at http://publichealth.lacounty.gov/media/coronavirus/ |
| 5 | Reopening Safer at Work and in the Community for Control of COVID-19 Moving the County of Los Angeles into Stage 3 of California's Pandemic Resilience Roadmap, issued on August 12, 2020, published at http://publichealth.lacounty.gov/media/coronavirus/ |
| 6 | Protocols for Retail Establishments – Opening for In-person Shopping: Appendix B, revised on July 18, 2020, published at http://publichealth.lacounty.gov/media/coronavirus/ |
| 7 | County of Los Angeles Public Health Officer Orders' Impact on Daily Life FAQs (English), dated August 13, 2020, published at http://publichealth.lacounty.gov/media/coronavirus/ |

| 8 | Order denying the plaintiffs' *ex parte* application for temporary restraining order against the County of Ventura from ordering the closure of gun stores pursuant to the County's "Stay Well at Home Order", entered on April 1, 2020 in *McDougall v. County of Ventura California*, U.S.D.C. Case No. 2:20-cv-02927-CBM-AS (ECF No. 12) |
|---|---|
| 9 | The information regarding the confirmed cases of COVID-19 and COVID-19 related deaths in the County of Los Angeles and the other Counties in the State of California, published by the Centers for Disease Control at https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/county-map.html, last visited on August 21, 2020 |
| 10 | The information regarding the number of confirmed cases of COVID-19 and COVID-19 related deaths in the United States, published by the Centers for Disease Control at https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html, last visited on August 21, 2020 |

Dated:  August 21, 2020                    LAWRENCE BEACH ALLEN & CHOI, PC


                                           By _____/s/  Jin S. Choi_____
                                                Jin S. Choi
                                                Attorneys Defendants County of Los
                                                Angeles, Sheriff Alex Villanueva,
                                                and Barbara Ferrer