George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: (910) 713-8804
Fax: (910) 672-7705

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-2874 |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER [ATTACHED] CONTINUING HEARING ON COUNTY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [ECF 56] AND SCHEDULING CONFERENCE** |
| vs. | |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al., | **[CIV. L.R. 7-1]** |
| Defendants. | Proposed Date: October 2, 2020 |

//

**STIPULATION TO CONTINUE HEARINGS AND DEADLINES**

The parties hereto, plaintiffs Adam Brandy, et al. ("Plaintiffs"), and defendants County of Los Angeles, Sheriff Alex Villanueva, sued in his official capacity, and Barbara Ferrer, sued in her official capacity ("County Defendants") (collectively, "the Parties"), by and through their counsel undersigned, hereby agree as follows:

RECITALS

WHEREAS, Plaintiffs filed this action on March 27, 2020 [ECF No. 1], and filed their First Amended Complaint on March 29, 2020 [ECF No. 9];

WHEREAS, Plaintiffs filed their Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue on March 30, 2020 [ECF No. 14] ("TRO Application"), and the County Defendants first appeared to oppose the TRO Application on April 3, 2020 [ECF No. 23], and whereas, this Court denied Plaintiffs' TRO Application on April 6, 2020 [ECF No. 29];

WHEREAS, the County Defendants filed their Answer to the First Amended Complaint on June 24, 2020 [ECF No. 45];

WHEREAS, the County Defendants filed their Motion for Judgment on the Pleadings on August 21, 2020 [ECF No. 56], the hearing date of which was noticed and set for September 18, 2020 at 10:00 a.m. in this Court;

WHEREAS, the Court has, at present, a Scheduling Conference presently set for hearing on September 25, 2020 [ECF No. 48]; and

WHEREAS, the Parties have met and conferred through counsel, and have requested additional time to prepare opposition and replies to the Motion for Judgment on the Pleadings, and further agree it would be economical and efficient to coordinate hearing of the motion with the Scheduling Conference;

The Parties do hereby STIPULATE as follows:

## STIPULATION

1.     The Parties stipulate to a continuance of the hearing on the County Defendants' Motion for Judgment on the Pleadings [ECF 56] ("Motion"), so that the Motion shall now be heard on **October 2, 2020 at 10:00 a.m.** in Courtroom 7B of this District Court.

2.     The parties further stipulate to and request a continuance of the Scheduling Conference, so that the Scheduling Conference shall also be heard on **October 2, 2020 at 10:00 a.m.** in Courtroom 7B of this District Court; with all dates and deadlines associated with the Scheduling Conference to be continued in accord with the new, continued hearing date.

3.     Plaintiffs' Opposition to the County Defendants' Motion shall be filed on or before September 4, 2020, via ECF.

4.     The County Defendants' Reply to the Opposition, and supporting their Motion, shall be filed on or before September 18, 2020, via ECF.

5.     Pursuant to L.R. 7-1, the Parties are filing and respectfully request that this Court approve of this Stipulation by endorsing the Proposed Order attached hereto in accord with L.R. 5-4.4.

Respectfully submitted,

Dated: August 25, 2020                    **SEILER EPSTEIN LLP**


/s/ George M. Lee
George M. Lee

Attorney for Plaintiffs Adam Brandy, et al.

1

Dated: August 25, 2020

LAWRENCE BEACH ALLEN & CHOI, PC

2

3

/s/ Jin S. Choi

4

Jin S. Choi

5

Attorney for Defendants County of Los
Angeles, Sheriff Alex Villanueva, and
Barbara Ferrer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28