# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al., <br><br> Defendants. | Case No. 2:20-cv-2874 <br><br> **ORDER CONTINUING HEARING ON COUNTY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [ECF 56] AND SCHEDULING CONFERENCE** <br><br> **[CIV. L.R. 7-1]** |

## ORDER CONTINUING HEARINGS AND DEADLINES

The Court, having considered the Stipulation of the parties, Plaintiffs Adam Brandy, et al. ("Plaintiffs"), and Defendants County of Los Angeles, Sheriff Alex Villanueva, sued in his official capacity, and Barbara Ferrer, sued in her official capacity ("County Defendants") filed on August 25, 2020, and finding good cause appearing, hereby approves of the parties' stipulation and **ORDERS** as follows:

1   The County Defendants' Motion for Judgment on the Pleadings [ECF 56] ("Motion"), is hereby continued to October 2, 2020 at 10:00 a.m. in Courtroom 7B of this District Court.

The Scheduling Conference, presently set for hearing on September 25, 2020, shall also be continued to October 2, 2020 at 10:00 a.m. All dates and deadlines associated with the Scheduling Conference shall be continued in accord with the new, continued date.

Plaintiffs' Opposition to the County Defendants' Motion for Judgment on the Pleadings shall be filed on or before September 4, 2020, via ECF.

The County Defendants' Reply to the Opposition, and supporting their Motion, shall be filed on or before September 18, 2020, via ECF.

IT IS SO ORDERED.

Dated: August 28, 2020   _____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT COURT JUDGE