1  George M. Lee (SBN 172982)
2  gml@seilerepstein.com
   **SEILER EPSTEIN LLP**
3  275 Battery Street, Suite 1600
   San Francisco, California 94111
4  Phone: (415) 979-0500
5  Fax: (415) 979-0511

6
   Raymond M. DiGuiseppe (SBN 228457)
7  law.rmd@gmail.com
   **THE DIGUISEPPE LAW FIRM, P.C.**
8  4320 Southport-Supply Road, Suite 300
9  Southport, North Carolina 28461
   Phone: (910) 713-8804
10 Fax: (910) 672-7705
11 Attorneys for Plaintiffs

12
                **UNITED STATES DISTRICT COURT**
13
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
14

15 | ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-02874-AB-SK |
|---|---|
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, AND BARBARA FERRER'S MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al., | |
| Defendants. | Date:    October 2, 2020<br>Time:    10:00 a.m.<br>Courtroom 7B<br>Hon. André Birotte, Jr. |

25
26    Plaintiffs, by and through counsel, request this Court take judicial notice,
27 pursuant to Rule 201 of the Federal Rules of Evidence, of the following matter of
28 public record relevant to the pending Motion for Judgment on the Pleadings:

**Exhibit A**: The judicial opinion in *County of Butler v. Wolf*, ___ F.Supp.3d ___ (W.D. Pa. 2020), 2020 WL 5510690, published September 14, 2020.

This opinion was published after Plaintiffs filed their Opposition to Defendants' Motion for Judgment on the Pleadings (Doc. 60, filed August 28, 2020), and thus was unavailable at the time to cite as a supporting authority. It is relevant to the determination of the applicable standards of constitutional scrutiny in this case and to the proper application of those standards—in particular the analysis appearing at pages *5 through *10. As a relevant judicial opinion from a readily available and verifiable source, the opinion is a "matter of public record" proper for judicial notice. *Daghlian v. DeVry University, Inc.*, 461 F.Supp.2d 1121, 1143 (C.D. Cal. 2006) (quoting *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir.2001) ("under Fed.R.Evid. 201, a court may take judicial notice of 'matters of public record'"); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746, n. 6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record.").

Plaintiffs thus respectfully submit this opinion, attached hereto as Exhibit A, for the Court's judicial notice concerning the Motion for Judgment on the Pleadings.

Dated: September 29, 2020

                                    /s/ *Raymond DiGuiseppe*
                                    Raymond DiGuiseppe
                                    Attorneys for Plaintiffs