PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ADAM BRANDY, an individual; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al.,<br><br>Defendants. | Case No. 2:20-cv-02874-AB-SK<br><br>Honorable André Birotte, Jr.<br><br>**DEFENDANTS COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA AND BARBARA FERRER'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS; EXHIBIT IN SUPPORT THEREOF**<br><br>Date: N/A[1]<br>Time: N/A |

---

[1] On October 1, 2020, the Court issued an order taking Defendants' Motion for Judgment on the Pleadings (ECF No. 56) off the motion calendar and under submission. (ECF No. 66.)

1

1  TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES
2  AND THEIR ATTORNEYS OF RECORD:
3  In support of their Motion for Judgment on the Pleadings (ECF No. 56) and
4  Reply to Plaintiffs' Opposition to Motion for Judgment on the Pleadings (ECF No.
5  63), Defendants County of Los Angeles, Sheriff Alex Villanueva and Barbara Ferrer
6  hereby respectfully request that the Court take judicial notice of the County of
7  Los Angeles Department of Public Health Order of the Health Officer –
8  REOPENING SAFER AT WORK AND IN THE COMMUNITY FOR CONTROL
9  OF COVID-19 BLUEPRINT FOR AS SAFER ECONOMY-TIER 1 Revised Order
10 Issued: October 6, 2020, a true and correct copy of which is attached hereto as
11 Exhibit 12.
12 Under Rule 201 of the Federal Rules of Evidence, the Court may take
13 judicial notice of any matter "not subject to reasonable dispute in that it is either
14 (1) generally known within the territorial jurisdiction of the trial court or (2)
15 capable of accurate and ready determination by resort to sources who accuracy
16 cannot reasonably be questioned."  Fed. R. Evid. 201(b).
17 Judicial notice of information published on government websites, such as
18 COVID-19 related information published on publicly available web pages of the
19 websites of the Centers for Disease Control and the County of Los Angeles is
20 proper under FRCP Rule 201.  *See Uribe v. Perez*, 2020 WL 131858, at *4 (C.D.
21 Cal. Mar. 3, 2020), *report and recommendation adopted* (C.D. Cal. Mar. 20,
22 2020) 2020 WL 1317727 (granting the request for judicial notice of three publicly
23 available Centers for Disease Control web pages identifying "'key facts',
24 according to the CDC, about who may contract norovirus, the number infected
25 each year, how norovirus spreads, tips for prevention, and treatment of
26 norovirus."); *McGhee v. City of Flagstaff*, 2020 WL 2309881, at *2-4 (D. Ariz.,
27 May 8, 2020) (taking judicial notice of COVID-19 related guidance published by
28 the CDC, available on government websites, including information "on the

1 | manner and speed at which the virus is spreading"); *Glenn v. B & R Plastics, Inc.*,
2 | 326 F.Supp.3d 1044, 1068 (D. Idaho, July 16, 2018) ("it is proper to
3 | take judicial notice of information from a federal agency, such as the CDC, under
4 | [FRCP] Rule 201 … as facts from a governmental agency that are not subject to
5 | reasonable dispute"); *Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir.
6 | 2010) (taking judicial notice of records on the CDC's website).

**Item For Which Judicial Notice Is Requested Pursuant to**
**Federal Rules of Civil Procedure, Rule 201**

| Exhibit No. | Description of Document/Record/Website |
|---|---|
| 12 | Reopening Safer At Work And In The Community For Control Of COVID-19 Blueprint for a Safer Economy – Tier 1, Revised Order Issued: October 6, 2020; and published at http://publichealth.lacounty.gov/media/coronavirus/ |

Dated:  October 9, 2020                LAWRENCE BEACH ALLEN & CHOI, PC


By         /s/  Jin S. Choi
            Jin S. Choi
            Attorneys Defendants County of Los
            Angeles, Sheriff Alex Villanueva,
            and Barbara Ferrer