PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ADAM BRANDY, an individual; et al., | Case No. 2:20-cv-02874-AB-SK |
|---|---|
| Plaintiffs, | Honorable Andre Birotte, Jr. |
| vs. | **NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

///
///
///
///
///
///

1

BRANDY\NOTICE OF LODGING PROP JUDGMENT

PLEASE TAKE NOTICE that Defendants County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer hereby lodge the [Proposed] Judgment in the above-referenced case.

Dated: October 21, 2020           LAWRENCE BEACH ALLEN & CHOI, PC

By     /s/ Paul B. Beach
    Paul B. Beach
    Attorneys for Defendants
    County of Los Angeles,
    Sheriff Alex Villanueva,
    and Barbara Ferrer