# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al., <br><br> Defendants. | Case No. 2:20-cv-02874-AB-SK <br><br> Honorable Andre Birotte, Jr. <br><br> **[PROPOSED] JUDGMENT** |

The Court having entered an Order on October 20, 2020, granting the Motion for Judgment on the Pleadings by Defendants County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer, and dismissing with prejudice the claims brought by Plaintiffs Adam Brandy, Jonah Martinez, Daemion Garro, DG 2A Enterprises Inc., d.b.a. Gun World, Jason Montes, Weyland-Yutani LLC, d.b.a. Match Grade Gunsmiths, Alan Kushner, The Target Range, Tom Watt, A Place to Shoot, Inc., Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, and Firearms Policy Coalition, Inc.:

IT IS ORDERED AND ADJUDGED that judgment be entered on all claims in favor of Defendants County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer, and against Plaintiffs Adam Brandy, Jonah Martinez, Daemion Garro, DG 2A Enterprises Inc., d.b.a. Gun World, Jason Montes, Weyland-Yutani LLC, d.b.a. Match Grade Gunsmiths, Alan Kushner, The Target Range, Tom Watt, A Place to Shoot, Inc., Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, and Firearms Policy Coalition, Inc.

Dated: _____   _____
André Birotte, Jr.
United States District Court Judge