George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; JONAH MARTINEZ, an individual; DAEMION GARRO, an individual; DG 2A ENTERPRISES INC., d.b.a. GUN WORLD; JASON MONTES, an individual; WEYLAND-YUTANI LLC, d.b.a. MATCH GRADE GUNSMITHS; ALAN KUSHNER, an individual; THE TARGET RANGE; TOM WATT, an individual; A PLACE TO SHOOT, INC.; SECOND AMENDMENT FOUNDATION; CALIFORNIA GUN RIGHTS FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and FIREARMS POLICY COALITION, INC., | Case No. 2:20-cv-02874-AB-AK |
| Plaintiffs, | |

vs.

ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; BARBARA FERRER, in her official capacity as Director of Los Angeles County Department Of Public Health; COUNTY OF LOS ANGELES,

Defendants.

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiffs Jonah Martinez, Jason Montes, Weyland-Yutani LLC, d.b.a. Match Grade Gunsmiths, Alan Kushner, The Target Range, Tom Watt, A Place to Shoot, Inc., Second Amendment Foundation, California Gun Rights Foundation, National Rifle Association of America, and Firearms Policy Coalitions, Inc. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order and Judgment entered respectively on October 20, 2020 and November 9, 2020 (ECF Doc. 68 and Doc. 70). A copy of the order and judgment are attached hereto.

Further, Plaintiffs Adam Brandy, Daemion Garro, DG 2A Enterprises Inc., d.b.a. Gun World, who are parties to the order and judgment, *do not* enter a notice of appeal.

Dated: November 19, 2020

/s/ *Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe

Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I, Raymond M. DiGuiseppe, hereby certify that I served a copy of the *Notice of Appeal* and *Representation Statement* through the Court's ECF system to all registered users.

Dated: November 19, 2020

By:

/s/ *Raymond M. DiGuiseppe*

law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Rd., Ste 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705