L

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-CV-02874-AB (SKx) | Date: | July 19, 2022 |
|---|---|---|---|

| Title: | *Jonah Martinez, et al. v. Alex Villanueva, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    **[In Chambers] Order Regarding Ninth Circuit's Mandate**

On July 6, 2022, the United States Court of Appeals for the Ninth Circuit issued a mandate vacating the panel's original memorandum and remanding the case to this Court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111, 2128 (2022).   In accordance with the Ninth Circuit's mandate, this Court's prior judgment is **VACATED**.

In light of the foregoing, the Court hereby **ORDERS** the parties to file, on or before **August 23, 2022**, a joint status report proposing how this Court should proceed with the case in accordance with the Ninth Circuit's mandate.

   **IT IS SO ORDERED**.