George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, California 94111
Phone: (415) 979-0500
Fax: (415) 979-0511

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; et al.,<br><br>             Plaintiffs,<br><br>      vs.<br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al.,<br><br>             Defendants. | Case No. 2:20-cv-02874-AB-SK<br><br>Honorable André Birotte, Jr.<br><br>**JOINT STIPULATION TO EXTEND TIME FOR COMPLETION OF MEDIATION AND DATE OF SCHEDULING CONFERENCE** |

1       Plaintiffs and Defendants hereby submit this Joint Stipulation to extend the current deadline to complete mediation (ECF No. 78) by 75 days and to accordingly extend the date of the current scheduling conference (ECF No. 79).

      The current deadline to complete mediation is December 2, 2022, and the current date set for the scheduling conference is January 6, 2023. It took several weeks for the parties to identify and obtain a commitment from a mutually agreeable mediator who is suitable for and available to mediate this case. In coordinating the dates and times of availability for all the parties and those with authority to negotiate and enter into a possible settlement based on the mediator's availability, we have determined that the earliest possible date for the mediation is January 26, 2023. The parties have gone ahead and scheduled a time for a mediation on that date with the mediator, before that timeslot is taken by other parties.

      To accommodate the parties' ability to complete mediation and determine whether a settlement is possible before the Court and the parties invest the time and resources necessary to prepare for and attend a scheduling conference concerning the litigation that will otherwise ensue, the parties jointly stipulate to a 75-day extension of the deadline to complete the mediation, up to and including February 17, 2023, as well as a corresponding extension of the scheduling conference to March 17, 2023, or on another date based on the preference and availability of the Court.

Dated:  November 29, 2022          SEILER EPSTEIN LLP

                                        By      /s/     
                                                George M. Lee
                                                Attorneys for Plaintiffs[1]

//

//

---

[1] I, George M. Lee, attest that I have the consent of Mr. Beach, counsel for Defendants, to affix his signature and file this document on behalf of all parties.

1 | Dated: November 29, 2022 LAWRENCE BEACH ALLEN & CHOI, PC

By /s/
   Paul B. Beach
   Attorneys for Defendants