# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al.,<br><br>    Defendants. | Case No. 2:20-cv-02874-AB-SK<br><br>Honorable André Birotte, Jr.<br><br>**ORDER EXTENDING TIME FOR COMPLETION OF MEDIATION AND DATE OF SCHEDULING CONFERENCE** |

Pursuant to the parties' stipulation and good cause appearing therefor, the Court hereby continues the following dates:

| | Current Date | New Date |
|---|---|---|
| Mediation Completion Deadline | December 2, 2022 | February 17, 2023 |
| Scheduling Conference | January 6, 2023 | March 17, 2023 |

DATED:   November 30, 2022

_____
Honorable André Birotte Jr.
United States District Judge

1