PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 S. Los Robles Ave., Suite 660
Pasadena, CA 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al., <br><br> Defendants. | Case No. 2:20-cv-02874-AB-SK <br><br> Honorable Andre Birotte, Jr. <br><br> **JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** <br><br> Date: March 17, 2023 <br> Time: 10:00 a.m. <br> Crtm: 7B |

///
///
///
///
///
///
///
///
///

1

1       TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2 COUNSEL OF RECORD:
3       Plaintiffs and Defendants, through their respective counsel of record,
4 hereby submit this Joint Stipulation to continue the date of the current Scheduling
5 Conference, currently set for March 17, 2023, by 30 days (ECF No. 81):
6       On January 26, 2023, the Parties and their counsel participated in formal
7 private mediation before the Honorable Patrick J. Walsh (Ret.);
8       At the mediation, with the assistance of the mediator, the Parties discussed
9 and reached general terms of a settlement, subject to the matters being
10 memorialized in a formal settlement agreement, and ultimate approval by the
11 Parties, including the necessary settlement approvals required by the Code of the
12 County of Los Angeles;
13       The tentative terms include monetary and non-monetary terms, and
14 therefore the non-monetary terms must be written and vetted by various
15 departments and personnel within the County; and
16       A draft long-form agreement has been prepared but all of the stakeholders
17 within the County have yet to reach consensus as to final acceptable language; the
18 representatives for the County estimate that they require 30 days for the
19 completion of this process.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

1  Therefore, in the interests of judicial economy, and to accommodate the
2  Parties' ability to continue settlement discussions and hopefully enter into a
3  formal settlement, the Parties jointly stipulate to a 30-day continuance of the
4  Scheduling Conference to on or about April 17, 2023, or any date thereafter based
5  on the preference and availability of the Court.

7  Dated: March 8, 2023           LAWRENCE BEACH ALLEN & CHOI, PC

9                                  By _____/s/ Paul B. Beach_____
10                                     Paul B. Beach[1]
                                       Attorneys for Defendants
11                                     County of Los Angeles,
12                                     Sheriff Alex Villanueva,
                                       and Barbara Ferrer
13

14  Dated: March 8, 2023           SEILER EPSTEIN LLP

16                                  By _____/s/ George M. Lee_____
17                                     George M. Lee
                                       Attorney for Plaintiffs

---

[1] As the filer of this Stipulation, I attest that George M. Lee concurs in the content of the Stipulation and has authorized its filing.

3