PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 S. Los Robles Ave., Suite 660
Pasadena, CA 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations; et al., <br><br> Defendants. | Case No. 2:20-cv-02874-AB-SK <br><br> Honorable André Birotte Jr. <br><br> **ORDER CONTINUING SCHEDULING CONFERENCE** <br><br> Date: March 17, 2023 <br> Time: 10:00 a.m. <br> Crtm: 7B |

///
///
///
///
///
///
///
///

1

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Continue Scheduling Conference (the "Stipulation"), and finding good cause thereof, hereby GRANTS parties' Stipulation.

IT IS HEREBY ORDERED that the Scheduling conference set for March 17, 2023, is hereby continued by 30 days to ~~April 17, 2023~~ April 21, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
Hon. André Birotte Jr.
United States District Judge

2