UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-02874-AB (SKx) | Date: | May 23, 2023 |
|---|---|---|---|
| Title: | Adam Brandy et al v. Alex Villanueva et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Raymond Mark DeGuiseppe | Jin S Choi |

**Proceedings:** SCHEDULING CONFERNCE
(Video Conference - Zoom)

Court and counsel confer.

For the reasons stated on the record, the Court continues the matter to June 16, 2023, at 10:00 a.m.