George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, California 94111
Phone: (415) 979-0500

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
116 N. Howe Street, Suite A
Southport, North Carolina 28461
Phone: (910) 713-8804

*Attorneys for Plaintiffs Jonah Martinez, et al.*

Paul B. Beach (State Bar No. 166265)
pbeach@lbaclaw.com
**LAWRENCE BEACH ALLEN & CHOI, PC**
150 South Los Robles Avenue
Pasadena, California 91101
Telephone No. (818) 545-1925

*Attorneys for Defendants County of Los Angeles, Sheriff Alex Villanueva, and Barbara Ferrer*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-2874 |
|---|---|
| Plaintiffs, | **JOINT STATUS REPORT RE SETTLEMENT** |
| vs. | |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as | |

the Director of Emergency Operations, et al.,

                      Defendants.

Pursuant to the court's order of June 16, 2023 (Dkt. 88), the parties hereto, plaintiffs Jonah Martinez, et al. ("Plaintiffs") and defendants County of Los Angeles, et al. ("Defendants") (collectively, "the Parties"), hereby submit this Joint Status Report re Status of Settlement. This Joint Status Report supplements the Parties' Joint Rule 26(f) Report filed on May 5, 2023 (Dkt. 85).

      1.      On January 26, 2023, the Parties settled the matter at a mediation, Hon. Patrick Walsh (Ret.). The settlement memorandum provided for the preparation of a long form settlement agreement.

      2.      Since the scheduling conference held on June 16, 2023, the Parties were able to finalize and ultimately sign a long form settlement agreement, which was signed to finality on August 16, 2023 ("Settlement Agreement").

      3.      Counsel for the County has indicated that the settlement has been approved by the claims board. Counsel for the County represents that a settlement check will be received from the County next week.

      4.      The Parties expect shortly thereafter to file an appropriate stipulation for dismissal that requests that the Court retain jurisdiction to enforce the settlement.

Respectfully submitted,

Dated: December 15, 2023                      THE DIGUISEPPE LAW FIRM, P.C.

                                                      /s/
                                           Raymond M. DiGuiseppe

Attorney for Plaintiffs

Dated: December 15, 2023

**LAWRENCE BEACH ALLEN & CHOI, PC**

        /s/
Paul B. Beach

Attorney for Defendants