George M. Lee (SBN 172982)
gml@seilerepstein.com
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, California 94111
Phone: (415) 979-0500

Raymond M. DiGuiseppe (SBN 228457)
law.rmd@gmail.com
**THE DIGUISEPPE LAW FIRM, P.C.**
116 N. Howe Street, Suite A
Southport, North Carolina 28461
Phone: (910) 713-8804
*Attorneys for Plaintiffs Jonah Martinez, et al.*

Paul B. Beach (State Bar No. 166265)
pbeach@lbaclaw.com
**LAWRENCE BEACH ALLEN & CHOI, PC**
150 South Los Robles Avenue
Pasadena, California 91101
Telephone No. (818) 545-1925
*Attorneys for Defendants County of Los Angeles,
Sheriff Alex Villanueva, and Barbara Ferrer*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-2874 |
| Plaintiffs, | **STIPULATION FOR DISMISSAL** |
| vs. | **[FRCP 41(a)(1)(ii)]** |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as | |

the Director of Emergency Operations, et al.,

                    Defendants.

Pursuant to Fed. Rule Civ. Pro. 41(a)(1)(ii), the parties hereto, plaintiffs Jonah Martinez, et al. ("Plaintiffs") and defendants County of Los Angeles, et al. ("Defendants") (collectively, "the Parties"), by and through their counsel of record, hereby STIPULATE to the dismissal of this action, with prejudice, subject to the Court's retention of jurisdiction to enforce their settlement.

Pursuant to their settlement agreement signed to finality on August 16, 2023 ("Settlement Agreement"), the Parties hereby request that this Court retain jurisdiction to enforce the Settlement Agreement, and request that the Court enter the proposed order submitted concurrently herewith.

Respectfully submitted,

Dated: __12/27/2023_____      **SEILER EPSTEIN LLP**

                                               /s/ George M. Lee
                                          George M. Lee
                                          Attorney for Plaintiffs

Dated: ___12/27/2023____      **LAWRENCE BEACH ALLEN & CHOI, PC**

                                               /s/ Paul B. Beach
                                          Paul B. Beach
                                          Attorney for Defendants