# JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BRANDY, an individual, et al., | Case No. 2:20-cv-2874 |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | **[FRCP 41(a)]** |
| ALEX VILLANUEVA, in his official capacity as Sheriff of Los Angeles County, California, and in his capacity as the Director of Emergency Operations, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, this action is hereby DISMISSED with prejudice, pursuant to Fed. Rule Civ. Pro. 41(a). Pursuant to the parties' stipulation, the Court shall retain jurisdiction to enforce their settlement agreement.

IT IS SO ORDERED.

Dated: January 02, 2024

_____
Hon. André Birotte Jr.
United States District Court Judge

– 1 –